FILED
CLERK, U.S. DISTRICT COURT
7/1/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY JEROME FISHER,<br><br>    Defendant. | CR  2:22-cr-00293-ODW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1344(2): Bank Fraud and Attempted Bank Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |

The Grand Jury charges:

### COUNTS ONE AND TWO
### [18 U.S.C. § 1344(2)]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.  Bank of America, N.A. ("Bank of America") was a financial institution insured by the Federal Deposit Insurance Corporation.

2.  Victim R.R. held a business bank account at Bank of America with a bank account number ending in 0830 (the "0830 Account").

3.  Victim R.R. also held a Bank of America Business Advantage business credit card account with an account number ending in 0063 (the "0063 Account").

B.   THE SCHEME TO DEFRAUD

4.   Beginning on a date unknown to the Grand Jury, and continuing until on or about August 9, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant TIMOTHY JEROME FISHER, and others known and unknown to the Grand Jury, knowingly and with intent to defraud, devised, executed, and attempted to execute, a scheme to obtain moneys, funds, assets, and other property owned by and in the custody and control of Bank of America by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

5.   The fraudulent scheme operated, and was carried out, in substance, in the following manner:

   a.   Defendant FISHER would obtain personal identifying information and bank account information for victims, including victim R.R.

   b.   Defendant FISHER would use victim R.R.'s personal identifying information and bank account information to cause Bank of America to send correspondence related to R.R.'s bank accounts to defendant FISHER's residence.

   c.   Defendant FISHER would use R.R.'s personal identifying information to attempt to rent an apartment in R.R.'s name.

   d.   Defendant FISHER would use victim R.R.'s personal identifying information and bank account information to transfer, and attempt to transfer, funds from the 0830 Account into a personal checking account that defendant FISHER created without R.R.'s authorization, with an account number ending in 0635 (the "Fraudulent Account").  In doing so, defendant FISHER falsely represented to Bank of America that he was R.R. and was authorized to access and use

R.R.'s accounts and personal identifying information, and concealed from Bank of America that he was not R.R. nor did he have R.R.'s consent to transfer funds from the 0830 Account to the Fraudulent Account.

    e. Defendant FISHER would also use victim R.R.'s Bank of America business credit card, the 0063 Account, to make, and attempt to make, fraudulent purchases at various places in Los Angeles County, within the Central District of California, and elsewhere, without R.R.'s permission or authorization.  In doing so, defendant FISHER falsely represented to Bank of America that he was R.R., or was otherwise an authorized user of the credit card associated with the 0063 Account, and concealed from Bank of America that he was not R.R. and did not have authority or R.R.'s consent to use the credit card associated with the 0063 Account.

    f. Defendant FISHER would use R.R.'s personal identifying information and bank account information to attempt to pay his bail upon his arrest by local law enforcement.

  6. Through his scheme, defendant FISHER fraudulently obtained approximately $32,892.59 to which he knew he was not entitled.

C. <u>EXECUTION AND ATTEMPTED EXECUTION OF THE FRAUDULENT SCHEME</u>

  7. On or about the following dates, in Los Angeles County, within the Central District of California, defendant FISHER committed the following acts, each of which constituted an execution or attempted execution of the fraudulent scheme:

| COUNT | DATE | ACT |
|---|---|---|
| ONE | August 1, 2019 Attempted Execution | Attempted to transfer approximately $13,644.56 from the 0830 Account into the Fraudulent Account, at a Bank of America Branch in Altadena, California. |
| TWO | August 9, 2019 Execution | Used a Bank of America credit card associated with the 0063 Account to rent a Karma Revero GT for $2,036.15 from Enterprise Los Angeles International Airport Exotics and Luxury Car Rental, in Los Angeles, California. |

COUNT THREE

[18 U.S.C. § 1028A(a)(1)]

On or about August 1, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant TIMOTHY JEROME FISHER knowingly possessed and used, without lawful authority, means of identification that defendant FISHER knew belonged to another person, namely, the name and date of birth of victim R.R., during and in relation to the offense of Attempted Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count One of this Indictment.

COUNT FOUR

[18 U.S.C. § 1028A(a)(1)]

On or about August 9, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant TIMOTHY JEROME FISHER knowingly possessed and used, without lawful authority, a means of identification that defendant FISHER knew belonged to another person, namely, the name of victim R.R., during and in relation to the offense of Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count Two of this Indictment.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

KEVIN B. REIDY
Assistant United States Attorney
Violent and Organized Crime Section